UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Michael Scott Keck #124536

Case No.  15-mc-80139-JD

**ORDER OF SUSPENSION**

Because Michael Scott Keck has failed to respond to the Order to Show Cause, Michael Scott Keck's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: July 7, 2015

_____
JAMES DONATO
United States District Judge

United States District Court<br>Northern District of California

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| IN THE MATTER OF<br><br>Michael Scott Keck #124536 | Case No.  15-mc-80139-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Scott Keck
825 Van Ness Avenue
4th Floor
San Francisco, CA 94109

Dated: 7/7/2015

Richard W. Wieking
Clerk, United States District Court

By: *Lisa R. Clark*
_____
Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato